```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 15136
   ART SWAYZER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6380


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/13/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN DSO ARREARS             .00          .00            .00
IL STATE DISBURSEMENT UN UNSECURED         NOT FILED          .00            .00
CITIBANK USA             UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING  UNSECURED           4990.00          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED            460.82          .00            .00
IMAGINE/FBOFD            UNSECURED         NOT FILED          .00            .00
NEW AGE FURNITURE        UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY       UNSECURED            869.20          .00            .00
PORTFOLIO RECOVERY       UNSECURED            648.25          .00            .00
RMI/MCSI                 UNSECURED            250.00          .00            .00
VILLAGE OF CHICAGO RIDGE UNSECURED         NOT FILED          .00            .00
STATE FARM INSURANCE     UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00            .00
WILLIE STOVALL           NOTICE ONLY      NOT FILED           .00            .00
NEW AGE FURNITURE        SECURED NOT I       600.53           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            662.88          .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED           5020.00          .00            .00
JAUNITA MCCLENDON        NOTICE ONLY      NOT FILED           .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS             .00          .00            .00
IL STATE DISBURSEMENT UN UNSECURED         NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT       314.00           .00          97.44
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,500.00                          .00
TOM VAUGHN               TRUSTEE                                            7.56
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  105.00

PRIORITY                                      97.44
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15136 ART SWAYZER
```

```
TRUSTEE COMPENSATION                                              7.56
DEBTOR REFUND                                                      .00
                                         ----------------   ----------------
TOTALS                                            105.00             105.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 01/26/09                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE